# FORM A

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

Rev. 10/10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

**FILED**
JAMES J. VILT, JR. - CLERK
MAY - 5 2021
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

James Antonio Smith

(Full name of the Plaintiff(s) in this action)

v.

CIVIL ACTION NO. 4:21-CV-45-JHM
(To be supplied by the clerk)

Henderson County Detention Center Health Care

Jane Knight

Nurse Susan

Nurse Weber

(Full name of the Defendant(s) in this action)

( ) DEMAND FOR JURY TRIAL

(✓) NO JURY TRIAL DEMAND
(Check only one)

## I. PARTIES

(A) **Plaintiff(s).** Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: James Antonio Smith

Place of Confinement: Henderson County Detention Center

Address: 380 Borax Drive 42420

Status of Plaintiff: CONVICTED ( )   PRETRIAL DETAINEE (✓)

(2) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (___) PRETRIAL DETAINEE (___)

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (___) PRETRIAL DETAINEE (___)

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant **Henderson County Detention Center Health Care** is employed as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (✓) official capacity.

(2) Defendant **Jane Knight** is employed as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (✓) official capacity.

(3) Defendant **Nurse Susan** is employed as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (✓) official capacity.

(4) Defendant **Nurse Weber** is employed as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

2

(5) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

## II. PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the same facts involved in this action? YES (___) NO (___)

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): _____

Defendant(s): _____

Court (if federal court, name the district. If state court, name the county):
_____

Docket number: _____

Name of judge to whom the case was assigned: _____

Type of case (for example, habeas corpus or civil rights action): _____

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?):
_____

Approximate date of filing lawsuit: _____

Approximate date of disposition: _____

## III.   STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

---

I arrived here at Henderson County Detention Center from Daviess County Detention Center with pre-existance medical issue's "High Blood Pressure." Medical staff didn't follow-up on my health issue's or medicine needed to help control my health issue's. I alerted deputy Bradburn that I was having chest pain and severe headache which he ingored. I later brought my health issue's too another deputy who alerted medicial who took my vitals and learned that my blood pressure was 260/160. I was brought to the medicial office where I sat for 2 hours or more until my blood pressure went down enough to their likeness. I gave all my medical history information and what I couldn't take to help me. I was told by medicial staff that I would have my vitals checked daily but that hasn't been the case. I was told by nurse Casey Boone and deputy Slate that my records was being forged

4

## III. STATEMENT OF CLAIM(S) continued

by staff that never took my blood pressure or offered to take it. Some of my blood pressure recordings were falsified by staff that never took my blood pressure. I was told that I would see a doctor but never saw one but I'm being charged for meds that hasn't helped me at all. They have giving me different kinds of meds without informing of what I was taking. They refuse too take my vitals daily but still offer me meds, they falsified records of my blood pressure, and never let me see a doctor even though my blood pressure stayed at stroke/heart attack level. These meds made me lose emotions, made my chest warm, and made me lose sleep. I wrote complaints and was told to just keep taking them. It took 10 days to get a 1983 form. I have too staff members that work currently at Henderson County Detention Center one's a deputy one's a medical staff. Both witness' are aware of the improper health care and my vitals being recorded inaccurate. I had chest pain and headaches April 27th I told the nurse Cali, deputy Clemmon, deputy Bowman, and deputy Foster but never received treatment or had my vitals checked until the next day where nurse Cali tried to give me meds without checking my vitals then put I refused. Grievance # 124575561

Chapman #124624021    #124438181    # 124558991

I been getting the run around by staff to fill out my 1983 c form and medical staff to get treatment for my health. Grievance #124764131 Grievance #124763881. Grievance #124577541. My attorney is trying to get me moved from Henderson to Owensboro due to unprofessional healthcare and as well as how our legal mail is handle.

Respectfully Submitted,
James A. Smith #130692

380 Borax Dr. Henderson, KY
42420

P.S. I tried getting the 1983 c form filled out but have exhausted all legal remedy's.   4-30-21

IV. RELIEF

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

✓ award money damages in the amount of $ __$35,000.00__

___ grant injunctive relief by_____

___ award punitive damages in the amount of $_____

___ other: _____

V. DECLARATION UNDER PENALTY OF PERJURY
(each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This 22 day of __April__, 2021.

__James Smith__
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on __04-25-2021__.

__James Smith__
(Signature)

6

James Antonio Smith
380 Borax Drive
Henderson, Kentucky 42420

James J. Vilt Jr.
423 Frederica St. Suite 126
Owensboro, Kentucky 42301-3013



